

# Fourth Court of Appeals
## San Antonio, Texas

July 21, 2015

No. 04-14-00886-CV

**CITY OF SAN ANTONIO, ET. AL.,**
Appellants

v.

**HAYS STREET BRIDGE RESTORATION GROUP, ET. AL.,**
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-19589
Honorable David A. Canales, Judge Presiding

# O R D E R

On April 17, 2015, Appellant filed Appellant's Joint Motion to Abate. This court denied the motion and ordered Appellant to file a report with this court no later than June 22, 2015 regarding the status of settlement negotiations. As per our order, on June 22, 2015, Appellant filed a report on mediation asserting that the "undersigned do not anticipate that a settlement is possible in the near term, although the City intends to continue to work towards an amicable resolution. We ORDER Appellee Hays Street Bridge Restoration Group to provide a response to this court no later than July 31, 2015 regarding Appellee's position on Appellant's settlement negotiations status and a determination whether Appellee believes the parties are realistically moving toward settlement.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of July, 2015.

_____
Keith E. Hottle
Clerk of Court